UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKAN

FEB - 8 2006

JAMES W. McCORMACK, C.
By:_____ DEP

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.   4:06CR00043 WRW |
| v. ) | |
| ) | |
| CALVIN BLAIR ) | |
| KENNETH KENITA NOLEN ) | 21 U.S.C. § 841(a)(1) |
| a.k.a. Poo ) | 21 U.S.C. § 846 |
| CONICI CLARK ) | 18 U.S.C. § 2 |
| ) | 18 U.S.C. §§ 3013 & 3571 |
| ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about January 31, 2006 through on or about February 1, 2006 in the Eastern District of Arkansas and elsewhere, the defendants,

CALVIN BLAIR, KENNETH KENITA NOLEN, a.k.a. Poo,
and CONICI CLARK,

did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to possess with intent to distribute, and distribute, cocaine base, also known as "crack cocaine", a Schedule II controlled substance, and marihuana, a Schedule I controlled substance, in violation of Title 21, United States Code § 841(a)(1), and that during the course of this conspiracy, more than 155 grams of marihuana and more than 300 grams or more of a mixture or substance containing a detectable amount of cocaine base, also known as "crack", were involved, all in violation of Title 21, United States Code § 846.

## COUNT TWO

On or about February 1, 2006 in the Eastern District of Arkansas, the defendants,

**CALVIN BLAIR, KENNETH KENITA NOLEN, a.k.a. Poo,
and CONICI CLARK,**

aiding and abetting one another did knowingly and intentionally possess with the intent to distribute, approximately 308.88 grams of a mixture or substance containing a detectable amount of cocaine base, a.k.a. "Crack Cocaine", a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and Title 18, United States Code Section 2.

## COUNT THREE

On or about February 1, 2006 in the Eastern District of Arkansas, the defendants,

**CALVIN BLAIR, KENNETH KENITA NOLEN, a.k.a. Poo,
and CONICI CLARK,**

aiding and abetting one another did knowingly and intentionally possess with the intent to distribute, approximately 155.88 grams of a mixture or substance containing a detectable amount of marihuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and Title 18, United States Code Section 2.

(END OF TEXT. SIGNATURE PAGE ATTACHED)