IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | Case No.  4:06CR00043-01-BRW |
| ) | |
| CALVIN DAMOND BLAIR, III ) | |

## MOTION TO REVOKE SUPERVISED RELEASE

The United States of America, through Christopher R Thyer, United States Attorney for the Eastern District of Arkansas, and Edward O. Walker, Assistant U. S. Attorney for said district, respectfully request that defendant's supervised release be revoked and a summons be issued.

On October 25, 2012, Mr. Blair violated these conditions of supervision when he illegally possessed a controlled substance, as evidenced by his arrest for possession of marijuana, as documented by the Little Rock, Arkansas, Police Department's arrest report no. 2012-118323. On November 1, 2012, Mr. Blair was convicted of possession of a controlled substance in case no. 12-11492 in the Little Rock District Court- Criminal Division.

On October 26, 2012, Mr. Blair gave a verbal admission that he used marijuana. On November 2, 2012, Mr. Blair submitted a urine specimen which tested and confirmed positive for the use of marijuana. On the same date, he signed an admission form admitting he used marijuana between October 22 and 23, 2012. On November 19,20 12, Mr. Blair submitted a urine specimen for testing, which Alere Laboratory noted as a "diluted specimen." In addition, on January 23, 2013, Mr. Blair submitted a urine specimen which tested presumptively positive for marijuana. He gave a verbal admission that he used marijuana on January 18, 2013.

Mr. Blair failed to attend substance abuse treatment at Recovery Centers of Arkansas in Little Rock. on November 26, 2012, and January 14, 2013.

Therefore, pursuant to Title 18, U.S.C. § 3148, the United States respectfully submits that the defendant has violated his conditions of pretrial release and requests that a warrant be issued for defendant for a bond revocation hearing, that his supervised release be revoked and a summons be issued.

>CHRISTOPHER R. THYER
>United States Attorney
>
>/s/: Edward O. Walker
>EDWARD O. WALKER  (2000076)
>Assistant U. S. Attorney
>P. O. Box 1229
>Little Rock, Arkansas 72203
>501-340-2600
>edward.o.walker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which shall send notification of such filing to the following:

To Be Determined

>/s/ Edward O.Walker
>EDWARD O. WALKER