IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                      4:06CR00043-01-BRW

CALVIN BLAIR

## ORDER

Pending is the Motion for Summons (Doc. No. 188) in the above styled matter. The Motion is GRANTED and the Clerk's office is directed to prepare and issue a summons for the defendant, Calvin Blair. A revocation hearing is set for **Wednesday, February 13, 2013, at 2:00 PM** in courtroom #389.

Lisa Peters of the Federal Public Defender's Office is appointed to represent the defendant in this matter.

IT IS SO ORDERED this 30th day of January, 2013.


                                /s/Billy Roy Wilson
                         UNITED STATES DISTRICT JUDGE